# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| Lynford Grogg, | ) | Case No. 1:07CV0222 |
| Plaintiff, | ) | Judge William C. Lee |
| v. | ) | Magistrate Judge Roger B. Cosbey |
| CSX Transportation, Inc., | ) | ***DEFENDANT'S MOTION FOR SUMMARY JUDGMENT*** |
| Defendant. | ) | |
| | ) | |

\* \* \*

Defendant, CSX Transportation, Inc. ("CSXT"), hereby moves for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because Plaintiff's FELA claims are precluded by superseding federal law and Plaintiff cannot provide sufficient evidence to create an issue of fact or overcome summary judgment. This motion is supported by CSXT's Memorandum in Support filed contemporaneously herewith.

WHEREFORE, CSX Transportation, Inc. respectfully requests that this Court grant summary judgment in this matter.

Respectfully submitted,

ANSPACH MEEKS ELLENBERGER LLP

s/James R. Carnes
James R. Carnes (0070005)
300 Madison Ave., Suite 1600
Toledo, OH  43604-2633
Tel.:  (419) 246-5757

        Fax:  (419) 321-6979
        jcarnes@anspachlaw.com

        Attorneys for Defendant,
        CSX Transportation, Inc.

## ***CERTIFICATE OF SERVICE***

I hereby certify that on May 26, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        ANSPACH MEEKS ELLENBERGER LLP

        s/James R. Carnes
        James R. Carnes (0070005)
        300 Madison Ave., Suite 1600
        Toledo, OH  43604-2633
        Tel.:  (419) 246-5757
        Fax:  (419) 321-6979
        jcarnes@anspachlaw.com

        Attorneys for Defendant,
        CSX Transportation, Inc.